**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 116 EAL 2022
                               :
            Respondent            :
                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court
          v.                       :
                               :
                               :
KEVIN PATTERSON,              :
                               :
            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.